THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIE-LOUISE PAUSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAY VIEW LOAN SERVICING LLC,<br><br>　　　　　Defendant. | CASE NO. C17-1121-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the U.S. Bankruptcy Court's proposed findings and conclusions (Dkt. No. 1 at 7) on Defendant Bayview's motion to dismiss (Dkt. No. 1 at 14), as well as Plaintiff Marie-Louise Pauson's amended objection to the proposed findings and conclusions (Dkt. No. 1-2).

Bayview did not consent to the bankruptcy court's entry of final orders or judgment. Without consent, the bankruptcy court may hear the matter but may submit only proposed findings of fact and conclusions of law to the district court. 28 U.S.C. § 157(c)(1). Pursuant to Fed. R. Bankr. P. 9033(b), any written objections must be filed within 14 days from entry of the proposed findings and conclusions. If there are objections, any responses are due within 14 days

from entry of that objection.

Pauson filed an amended objection to the proposed findings and conclusions on Monday, July 17, 2017. (*See Pauson v. Bay View Loan Servicing LLC*, Case No. 17-01009-CMA, Dkt. No. 41.) **Accordingly, Bayview has until Monday, July 31, 2017 to respond to the objections. The Clerk is directed to RENOTE the motion to dismiss (Dkt. No. 1) for Monday, July 31, 2017.**

DATED this 26th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk